# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

Yazmín Rivera Echevarria
Debtor

CASE NUM.: 07-05902 SEK

CHAPTER 13

## MOTION TO WITHDRAW PROOF OF CLAIM # 6

**TO THE HONORABLE COURT**:

    **COMES NOW Citimortgage Inc.**, hereinafter referred to as "CMI", through the undersigned attorney and very respectfully states, alleges and prays:

1) On June 19, 2008 , CMI filed a Proof of Claim as a secured creditor, claim number 6.

2) CMI filed motion for relief of stay pursuant to 11 U.S.C 362 on the grounds that the debtor failed to comply with the terms of the plan.

3) An order lifting the automatic stay was lifted in favor of movant. Movant intends to pursue the collateral therefore hereby withdraws proof of claim number 6.

    **WHEREFORE** CMI respectfully requests from this Honorable Court to grant this motion

    **RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that on June 15th , 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: the Trustee **José R. Carrión Morales** and to the debtor's attorney, **Juan R. Sierra Quiñones.**

MARTINEZ & TORRES LAW OFFICES, P.S.C.
P.O. Box 192938
San Juan, PR 00919-2938
Tel. (787) 767-8244: Fax (787) 767-1183
Vanessa M Torres Quiñones
USDC -PR 217401
**vtorres@martineztorreslaw.com**

*s/ Vanessa M. Torres Quiñones*

By:    Vanessa M. Torres Quiñones
USDC - PR 217401
**vtorres@martineztorreslaw.com**